ACCEPTED
12-14-00323-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/23/2015 1:19:21 PM
CATHY LUSK
CLERK

NO. 12-14-00323-CV

**IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/23/2015 1:19:21 PM
CATHY S. LUSK
Clerk

_____

DAVID TUBB, ET AL.                                       APPELLANTS

V.

ASPECT INTERNATIONAL, INC., ET AL.                       APPELLEES

_____

### UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

Appellees, Aspect International, Inc. and James Michael Sterling, request a thirty (30) day extension of the deadline for filing their brief, pursuant to Tex. R. App. P. 10.

1.     August 7, 2015, is the current deadline for filing Appellees' brief.

2.     A thirty (30) day extension is requested.

3.     The following facts are relied on to reasonably explain the need for an extension.  Keith Dollahite (the "attorney") has not had adequate time to review the record, research the law, and prepare a brief.

| | |
|---|---|
| July 15 | The attorney received notice that Appellees' brief was due on August 7, 2015. |
| July 16 | The attorney attended an out-of-state meeting. |
| July 17 | The attorney attended an out-of-state meeting. |
| July 18 | Saturday. |

1

| | |
|---|---|
| July 19 | Sunday. The attorney reviewed a contract and lease agreement for a potential new transaction; and reviewed incoming correspondence and pleadings from the prior few days. |
| July 20 | The attorney prepared the Appellees' brief in *Morrison Supply Co., Inc., et al. v. Hilburn, et al.*, No. 12-15-00141-CV, in the 12th Court of Appeals, Tyler, Texas. |
| July 21 | The attorney prepared the Appellees' brief in *Morrison Supply Co., Inc., et al. v. Hilburn, et al.*, No. 12-15-00141-CV, in the 12th Court of Appeals, Tyler, Texas. |
| July 22 | The attorney prepared the Appellees' brief in *Morrison Supply Co., Inc., et al. v. Hilburn, et al.*, No. 12-15-00141-CV, in the 12th Court of Appeals, Tyler, Texas. |
| July 23 | The attorney prepared the Appellees' brief in *Morrison Supply Co., Inc., et al. v. Hilburn, et al.*, No. 12-15-00141-CV, in the 12th Court of Appeals, Tyler, Texas. |
| July 24-August 2 | The attorney is scheduled for a pre-planned, out-of-state family vacation. |

4. The attorney plans to complete the Appellees' brief within the thirty (30) days of the current deadline, or September 8, 2015.

5. This is Appellees' second request for an extension of this deadline.

WHEREFORE, Appellees, Aspect International, Inc. and James Michael Sterling, request the Court to grant this motion.

Respectfully submitted,

M. KEITH DOLLAHITE, P.C.
5457 Donnybrook Avenue
Tyler, Texas  75703
(903) 581-2110
(903) 581-2113  (Facsimile)

/s/ Keith Dollahite

By:_____
M. Keith Dollahite
State Bar No. 05958550


## CERTIFICATE OF CONFERENCE

Before filing this motion, Greg Smith, the attorney for Appellants, was contacted about this motion, and he indicated he does not oppose this motion.

/s/ Keith Dollahite

_____

## VERIFICATION

I swear or affirm that the facts stated herein are true and correct.



THE STATE OF TEXAS §
§
COUNTY OF SMITH §

BEFORE ME, the undersigned official, on this day personally appeared the undersigned affiant, known to me to be the person whose name is subscribed to the foregoing document, and being by me first duly sworn, declared that the statements therein contained are true and correct.

SUBSCRIBED AND SWORN TO before me on July 23, 2015, to certify which witness my hand and seal of office.

_Judith Richbourg - Carnes_
Notary Public, State of Texas
My Commission Expires: _7/01/2017_

JUDITH RICHBOURG-CARNES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07/01/2017

## CERTIFICATE OF SERVICE

This document was filed and served electronically upon Gregory D. Smith, Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, gsmith@rameyflock.com on July 23, 2015.

/s/ Keith Dollahite

4